433 A.2d 557

Commonwealth v. Hedderman, Appellant.

Petition for Allowance of Appeal Denied Nov. 30, 1981.

Submitted November 14, 1980. John H. Corbett, Jr., for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., and SHERTZ and WIEAND, JJ.

Judgment of sentence affirmed.

433 A.2d 557

Commonwealth v. Isenberg, Appellant.

Submitted November 14, 1980. G. William Bills, Jr., for appellant; Kemal A. Mericli, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, DiSALLE and MONTEMURO, JJ.

The judgment of sentence is affirmed on the comprehensive opinion of Judge George Ross.

PRICE, J., concurred in the result.